Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff William Wade*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William Wade, | Case No.: 2:20-cv-02031-RFB-DJA |
| Plaintiff, | **Stipulation for an extension of time for Plaintiff to respond to Defendant's motion to dismiss [ECF No. 5]** |
| v. | |
| Richland Holdings, Inc., | |
| Defendant. | **(First request)** |

William Wade ("Plaintiff") and Richland Holdings, Inc. ("Defendant and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's motion to dismiss, filed on December 16, 2020. This is the first request for an extension of this deadline.

The extension is sought because Plaintiff's counsel requires additional time to prepare an appropriate response to the motion.

STIPULATION - 1 -

1
2
3

In good faith and not for the purposes of delay, the parties therefore stipulate that Plaintiff's opposition to the pending motion shall be due on or before **January 13, 2021**.

4

Dated: December 30, 2020.

5

**K**IND **L**AW

6
7

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff William Wade*

8
9
10
11

**M**ARQUIS AURBACH COFFING

12
13
14
15

 /s/  Jared M. Moser
Jared M. Moser, Esq.
10001 Park Run Drive
Las Vegas, NV 89145
*Counsel for Richland Holdings Inc.*

16
17

IT IS SO ORDERED:

18
19
20
21

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 4th day of January, 20201.

22
23
24
25
26
27

STIPULATION                                        - 2 -