Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff William Wade*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William Wade, | Case No.: 2:20-cv-02031-RFB-DJA |
| Plaintiff, | **Stipulation for an extension of time for Plaintiff to respond to Defendant's motion to stay discovery [ECF No. 15]** |
| v. | |
| Richland Holdings, Inc., | |
| Defendant. | **(First request)** |

William Wade ("Plaintiff") and Richland Holdings, Inc. ("Defendant and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's motion to stay, filed on February 9, 2021. This is the first request for an extension of this deadline.

The extension is sought because Plaintiff's counsel requires additional time to prepare an appropriate response to the motion. In turn, Plaintiff agrees that Defendant shall have an addition seven days to file its reply.

STIPULATION         - 1 -

In good faith and not for the purposes of delay, the parties therefore stipulate that:

(1) Plaintiff's opposition to the pending motion shall be due on or before **March 2, 2021**; and

(2) Defendant's reply shall be due on or before **March 16, 2021**.

IT IS SO STIPULATED.

Dated: February 23, 2021.

**K<small>IND</small> L<small>AW</small>**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff William Wade*

**M<small>ARQUIS</small> A<small>URBACH</small> C<small>OFFING</small>**

/s/ Jared M. Moser
Jared M. Moser, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Counsel for Richland Holdings Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 24, 2021

S<small>TIPULATION</small>                                    - 2 -